```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                          Case No. 11-14357-pmc
Stanley Charles Koci                                            Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1         User: admin              Page 1 of 1          Date Rcvd: Aug 12, 2011
                             Form ID: 202             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2011.
db          +Stanley Charles Koci,    767 Archer Road,    Bedford, OH 44146-2977

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2011**                    Signature:      *Joseph Speetjens*

Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235
Case No. 11−14357−pmc

**In re:**
   Stanley Charles Koci
   767 Archer Road
   Bedford, OH 44146

**Social Security No.:**
   xxx−xx−3485

## NOTICE OF DOCUMENT TO BE FILED – DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(b)(7) and 1007(c), the debtor(s) in the above captioned case must file a statement of completion of a course concerning personal financial management, prepared as prescribed by the appropriate Official Form, within 60 days of the first date set for the Meeting of Creditors.

Failure to submit such certification by this date may result in this case being closed without discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of a statement of completion of a course concerning personal financial management, the debtor(s) must pay the full filing fee due for filing such a motion.

**Dated:** August 12, 2011
Form ohnb202

For the Court
Kenneth J. Hirz, Clerk